

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-23-00393-CV

IBCA AUTO SALES, LLC, APPELLANT

V.

CORY LEE PETERSON, APPELLEE

On Appeal from the County Court at Law No. 2
Travis County, Texas
Trial Court No. C-1-CV-23-002219, Honorable Eric Shepperd, Presiding

January 4, 2024

MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, IBCA Auto Sales, LLC, appeals from the trial court's *Final Default Judgment*.[1]  Appellant's brief was originally due November 4, 2023, but was not filed.  By letter of November 27, 2023, we notified Appellant that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by

---

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.

December 7.  To date, Appellant has neither filed a brief nor a motion requesting an extension to do so.

Accordingly, we dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam